# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

NATIONAL ASSOCIATION OF TOBACCO :
OUTLETS, INC.; CIGAR ASSOCIATION OF :
AMERICA, INC.; LORILLARD TOBACCO :
COMPANY; R.J. REYNOLDS TOBACCO :
COMPANY; AMERICAN SNUFF :
COMPANY; PHILIP MORRIS USA INC.; :
U.S. SMOKELESS TOBACCO :
MANUFACTURING COMPANY LLC; US :
SMOKELESS TOBACCO BRANDS INC.; :
and JOHN MIDDLETON COMPANY, :
                                                                        :
                    *Plaintiffs*                   :
                                                                        :
                    v.                       :      C.A. No. 12-96 ML
                                                                        :
CITY OF PROVIDENCE, Rhode Island; :
PROVIDENCE BOARD OF LICENSES; :
PROVIDENCE POLICE DEPARTMENT; :
MICHAEL A. SOLOMON, Providence City :
Council President, in his official capacity; and :
ANGEL TAVERAS, Mayor of Providence, :
in his official capacity, :
                                                                        :
                    *Defendants*                :
_____:

## JOINT MOTION FOR LEAVE TO FILE
## BRIEFS AS *AMICI CURIAE*

The (1) RHODE ISLAND DEPARTMENT OF BEHAVORIAL HEALTHCARE,

DEVELOPMENTAL DISABILITIES AND HOSPITALS and RHODE ISLAND

DEPARTMENT OF HEALTH;

(2) the TOBACCO CONTROL LEGAL CONSORTIUM; and

(3) the AMERICAN ACADEMY OF PEDIATRICS-RI CHAPTERS;  AMERICAN

CANCER SOCIETY CANCER ACTION NETWORK; AMERICAN CANCER SOCIETY,

NEW ENGLAND DIVISION, INC.; AMERICAN LUNG ASSOCIATION; AMERICAN

1

LUNG ASSOCIATION IN RHODE ISLAND; CAMPAIGN FOR TOBACCO-FREE KIDS; CENTER FOR HISPANIC POLICY AND ADVOCACY (CHISPA); CHARIHO TRI-TOWN TASK FORCE ON SUBSTANCE ABUSE PREVENTION; CODAC BEHAVIORAL HEALTHCARE; DISCOVERY HOUSE; FAMILY SERVICE OF RHODE ISLAND; INITIATIVES FOR HUMAN DEVELOPMENT; INTERNATIONAL INSTITUTE OF RHODE ISLAND; JOHN HOPE SETTLEMENT HOUSE; MEETING STREET; NATIONAL ASSOCIATION OF COUNTY AND CITY HEALTH OFFICIALS; NATIONAL ASSOCIATION OF LOCAL BOARDS OF HEALTH; RHODE ISLAND COLLEGE SCHOOL OF NURSING; RHODE ISLAND MEDICAL SOCIETY; RHODE ISLAND PUBLIC HEALTH INSTITUTE; RHODE ISLAND STATE NURSES ASSOCIATION; SOCIOECONOMIC DEVELOPMENT CENTER FOR SOUTHEAST ASIANS; THE PROVIDENCE CENTER; UNIFIED INSIGHT CONSULTING; URBAN LEAGUE OF RHODE ISLAND; and YOUTH PRIDE INC.,

(collectively, "*amici curiae*"), respectfully move this Court for leave to file three briefs as *amici curiae* in support of Defendants the City of Providence, *et al.*, in the above-captioned matter.

In support of this motion, the *amici curiae* jointly file the accompanying memorandum.

Respectfully submitted,

RHODE ISLAND DEPARTMENT OF BEHAVORIAL HEALTHCARE,
    DEVELOPMENTAL DISABILITIES AND HOSPITALS
RHODE ISLAND DEPARTMENT OF HEALTH

*By their counsel,*

/s/ Thomas J. Corrigan Jr.          Dated: April 16, 2012
Senior Legal Counsel
Rhode Island Department of Health
3 Capitol Hill
Providence, RI  02903
(401) 528-3562

TOBACCO CONTROL LEGAL CONSORTIUM

*By its counsel,*

/s/ Seth E. Mermin                                                        Dated:  April 16, 2012
Seth E. Mermin
Thomas Bennigson
PUBLIC GOOD LAW CENTER
3130 Shattuck Avenue
Berkeley, CA 94705
(510) 393-8254


AMERICAN ACADEMY OF PEDIATRICS-RI CHAPTERS
AMERICAN CANCER SOCIETY CANCER ACTION NETWORK
AMERICAN CANCER SOCIETY, NEW ENGLAND DIVISION, INC.
AMERICAN LUNG ASSOCIATION
AMERICAN LUNG ASSOCIATION IN RHODE ISLAND
CAMPAIGN FOR TOBACCO-FREE KIDS
CENTER FOR HISPANIC POLICY AND ADVOCACY (CHISPA)
CHARIHO TRI-TOWN TASK FORCE ON SUBSTANCE ABUSE PREVENTION
CODAC BEHAVIORAL HEALTHCARE
DISCOVERY HOUSE
FAMILY SERVICE OF RHODE ISLAND
INITIATIVES FOR HUMAN DEVELOPMENT
INTERNATIONAL INSTITUTE OF RHODE ISLAND
JOHN HOPE SETTLEMENT HOUSE
MEETING STREET
NATIONAL ASSOCIATION OF COUNTY AND CITY HEALTH OFFICIALS
NATIONAL ASSOCIATION OF LOCAL BOARDS OF HEALTH
RHODE ISLAND COLLEGE SCHOOL OF NURSING
RHODE ISLAND MEDICAL SOCIETY
RHODE ISLAND PUBLIC HEALTH INSTITUTE
RHODE ISLAND STATE NURSES ASSOCIATION
SOCIOECONOMIC DEVELOPMENT CENTER FOR SOUTHEAST ASIANS
THE PROVIDENCE CENTER
UNIFIED INSIGHT CONSULTING
URBAN LEAGUE OF RHODE ISLAND
YOUTH PRIDE INC.


/s/ Donald A. Migliori                                                   Dated:  April 16, 2012
MOTLEY RICE LLC
Donald A. Migliori (#  4936)

Ronald L. Motley
Vincent I. Parrett
321 South Main St., 2nd Floor
Providence, RI 02903
Phone: 401.457.7700
Fax: 401.457.7708
dmigliori@motleyrice.com

## **CERTIFICATE OF SERVICE**

I, Donald A. Migliori of Motley Rice LLC, hereby certify that on April 16, 2012, this motion was filed and served electronically through the Court's CM/ECF System on all counsel of record including:

Counsel for Plaintiffs:

Gerald J. Petros, Esq.
gpetros@haslaw.com
Adam M. Ramos, Esq.
aramos@haslaw.com
HINCKLEY, ALLEN & SNYDER, LLC
50 Kennedy Plazas, Ste. 1500
Providence, RI  02903

James R. Oswald, Esq.
joswald@apslaw.com
Kyle Zambarano, Esq.
kzambarano@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, R.I. 02903

Counsel for Defendants:

Anthony F. Cottone, Esq.
Deputy City Solicitor
acottone@providenceri.com
City Providence Law Department
444 Westminster Street, Suite 200
Providence, RI 02903

                                        By:  /s/ Donald A. Migliori
                                              Donald A. Migliori (# 4936)
                                              MOTLEY RICE LLC
                                              *Counsel for amici curiae*